1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10    GREGORY M. McKEE,

11                   Petitioner,                    No. 2:13-cv-0884 EFB P

12           vs.

13    UNKNOWN,

14                   Respondent.              ORDER

15    _____/

16           Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to

17    28 U.S.C. § 2254.  He seeks leave to proceed *in forma pauperis*.  *See* 28 U.S.C. § 1915.

18    However, petitioner has commenced this action in the wrong district.

19           In a habeas action, venue is proper in either the district of confinement or the district of

20    conviction.  28 U.S.C. 2241(d).  Petitioner was convicted in Los Angeles County and is also

21    incarcerated in Los Angeles County.  Dckt. No. 1 at 2.  Thus, the Eastern District is not a proper

22    venue for this action.  Since this action should have been commenced in the United States

23    District Court for the Central District of California , the court will transfer this action to that

24    district.  *See* 28 U.S.C. §§ 84(c), 1404(a).  The court declines to take action on petitioner's

25    application to proceed *in forma pauperis*.

26    ////

1

Accordingly, it is ORDERED that this action is transferred to the United States District Court for the Central District of California.

DATED:  May 10, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE